```
 1  BLACKMON & ASSOCIATES
    CLYDE M. BLACKMON (SBN 36280)
 2  JONATHAN C. TURNER (SBN 191540)
    EMILY E. DORINGER (SBN 208727)
 3  Hall of Justice
    813 Sixth Street, Suite 450
 4  Sacramento, CA  95814
    Telephone: (916) 441-0824
 5  Facsimile: (916) 441-0970

 6  JAMES F. SMITH (SBN 41980)
    ATTORNEY AT LAW
 7  P.O. Box 72451
    Davis, CA  95616
 8  Telephone:  (530) 757-1036

 9  Attorneys for Defendant and Movant,
    FRANCISCO ACOSTA ASTORGA
10
```

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.: 2:99CR00270-01 WBS |
|---|---|
| Plaintiff, | ORDER AUTHORIZING TESTING AND USE OF VIDEOCONFERENCING EQUIPMENT Fed. R. Crim. P. 43(a) |
| vs. | |
| FRANCISCO ACOSTA ASTORGA, | |
| Defendant and Movant. | |

On September 28, 2009, the parties, through their respective counsel, appeared for a hearing on the Motion of Francisco Acosta Astorga to permit the taking of his testimony at the evidentiary hearing in this matter on October 19, 2009 at 2:00 p.m., by way of videoconference from Tijuana, Baja California, Mexico.

GOOD CAUSE APPEARING, THIS COURT AUTHORIZES the designated operators of this Court's videoconferencing equipment to test

1

[PROPOSED] ORDER AUTHORIZING TESTING AND USE OF
VIDEOCONFERENCING EQUIPMENT Fed. R. Crim. P. 43(a)

```
 1  that equipment for transmission to and from the
 2  videoconferencing equipment located at the Universidad
 3  Iberoamericana in Tijuana.  (See www.tij.uia.mx/sisinfo/)  If
 4  the videoconference test demonstrates an adequate audio and
 5  video transmission to and from these locations this Court's
 6  videoconference operator is authorized to use the Court's
 7  equipment for such transmission on October 19, 2009 at 2:00 p.m.
 8       This Court's videoconferencing operators are also
 9  authorized to confer with counsel for defendant, Clyde M.
10  Blackmon or James F. Smith, and with Assistant U.S. Attorney
11  Mary Grad with respect to such test.
12
13  IT IS SO ORDERED.
14  DATED:  September 28, 2009
```

*/s/ William B. Shubb*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2

[PROPOSED] ORDER AUTHORIZING TESTING AND USE OF
VIDEOCONFERENCING EQUIPMENT Fed. R. Crim. P. 43(a)