1  LAWRENCE G. BROWN
   United States Attorney
2  MARY L. GRAD
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2763

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,      )  CASE NO. 2:99-CR-00270-WBS
                                   )
12                  Plaintiff,     )
                                   )  STIPULATION AND [~~PROPOSED~~]
13  v.                             )  ORDER
                                   )
14  FRANCISCO ACOSTA ASTORGA       )
                                   )
15        Defendant and Movant.    )

16  _____

17      IT IS HEREBY STIPULATED between the Defendant, Francisco Acosta

18  Astorga, through his counsel Clyde M. Blackmon and James F. Smith,

19  and the United States of America, through its counsel Assistant

20  United States Attorney Mary Grad, that the defendant will waive the

21  attorney-client privilege as to communications with his previous

22  attorneys, James Todd Bennett and Daniel Schultz, only to the extent

23  necessary for litigating the defendant's claim of ineffective

24  assistance of counsel.

25      All information obtained by the government pursuant to its

26  motion to discover documents and take depositions, as well as the

27  testimony of James Todd Bennett, Daniel Schultz and petitioner, shall

28  be deemed to be confidential.  These documents, depositions and

                              1

testimony may be used only by representatives from the Office of the United States Attorney for the Eastern District of California and only for the purpose of litigating the claims presented in the motion to vacate pending before this Court.  Disclosure of the contents of the documents, depositions or testimony may not be made to any other persons or agencies, including any other law enforcement or prosecutorial personnel or agencies, without an order from the Court.

The preclusion of the use of information contained in documents, depositions or testimony shall continue in effect after the conclusion of the proceedings now pending in this Court and specifically shall apply in the event of a retrial of all or any portion of petitioner's criminal case, except that either party maintains the right to request modification or vacation of the order upon entry of final judgment in this matter.

LAWRENCE G. BROWN
United States Attorney

Date: October 13, 2009          ___/s/_Mary L. Grad_____
                                By: MARY L. GRAD
                                Assistant United States Attorney


BLACKMON & ASSOCIATES
Attorneys for Defendant F. A. Astorga

Date: October 13, 2009          _/s/___Clyde M. Blackmon_____
                                By: CLYDE M. BLACKMON

2

**ORDER**

GOOD CAUSE APPEARING, PURSUANT TO THE ABOVE STIPULATION, IT IS HEREBY ORDERED THAT all information obtained by the government pursuant to its motion to discover documents and take depositions, as well as the testimony of trial counsel and petitioner, shall be deemed to be confidential.  These documents, depositions and testimony may be used only by representatives from the Office of the United States Attorney for the Eastern District of California and only for the purpose of litigating the claims presented in the motion to vacate pending before this Court. Disclosure of the contents of the documents, depositions or testimony may not be made to any other persons or agencies, including any other law enforcement or prosecutorial personnel or agencies, without an order from this Court.

The preclusion of the use of information contained in documents, depositions or testimony shall continue in effect after the conclusion of the proceedings now pending in this Court and specifically shall apply in the event of a retrial of all or any portion of petitioner's criminal case, except that either party maintains the right to request modification or vacation of the order upon entry of final judgment in this matter.

Nothing in this Order shall be construed to prevent or restrict any party to this action from presenting any evidence, from whatever source obtained, to the court.  Any evidence submitted to the court in connection with this proceeding, including the testimony of witnesses and all exhibits submitted at the hearing on defendant's pending motion, shall be a matter of public record and open to public inspection unless otherwise specifically ordered by this court.

3

1   IT IS SO ORDERED.

2

3   DATED:   October 14, 2009

4

5

6   WILLIAM B. SHUBB
    UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28